UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTERSTATE BANK OF FLORIDA,
N.A.,

    Plaintiff,
v.                         Case No.   8:11-cv-2289-T-33TBM

DANIEL E. ADAMS, ET AL.,

    Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Plaintiff, CenterState Bank of Florida, N.A.'s, Motion for Order of Interpleader (Doc. # 15), filed on December 12, 2011. Defendants have stipulated to the Motion for Order of Interpleader.[1] (Doc. ## 14, 16). For the reasons that follow, the Motion is granted.

CenterState initiated this action in state court on September 7, 2011. (Id. at ¶ 1). Defendant LNV Corp. removed this action to this Court on October 6, 2011. (Id. at ¶ 3). At issue are the funds contained in account number 7167792418 ($133,732.74 as of December 9, 2011), which are the subject of the Complaint (the "Disputed Funds"). (Id. at 1). As stated in the Motion, CenterState "is a mere stakeholder in this action,

---

[1] Defendants also stipulated to a proposed Order of Interpleader prepared by CenterState. However, no proposed order was filed with this Court.

has no claim to the funds on deposit and is unable to determine, without hazard to itself, which of the Defendants is entitled to said funds." (Id. at ¶ 5).

CenterState seeks an order of interpleader authorizing it to deposit the Disputed Funds with the Court and discharging it from further liability herein. (Id. at 2). CenterState also seeks an order allowing it to deduct from the funds its attorneys' fees and costs, which amount to $2,210.00 and $520.00, respectively. CenterState filed with its Motion the Affidavit of Robert C. Chilton, detailing the hours worked by CenterState's attorneys and the hourly rate charged by such attorneys. (Doc. # 15-2). The Affidavit also describes the costs incurred, including the filing and summons fee and service of process. (Id. at 2).

The Court will permit CenterState to deposit the Disputed Funds with the Court, deducting attorneys' fees and costs in the amount of $2,730.00, and will dismiss CenterState as a party after such funds have been so transferred.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff, CenterState Bank of Florida, N.A.'s, Motion for Order of Interpleader (Doc. # 15) is **GRANTED AS FOLLOWS**:

(A) CenterState shall deposit the Disputed Funds into the Registry of the Court, deducting attorneys' fees and costs in the amount of $2,730.00.

(B) CenterState shall then be discharged from any and all liability or responsibility concerning the Disputed Funds.

(C) The Clerk is directed to deposit the Disputed Funds into a special interest-bearing account as provided by Local Rule 4.16(a).

(D) After CenterState deposits the Disputed Funds into the Registry of the Court, the Clerk is directed to dismiss CenterState as a party to this action.

(E) Final disposition as to the Disputed Funds shall be determined by subsequent order of the Court.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of December, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record